UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMYSUE SALVATORE and MICHAEL F. SALVATORE,

          Plaintiffs,

-against-

AIRBUS AMERICAS, INC., AIRBUS AMERICAS ENGINEERING, INC., AVSA S.A.R.L., AIRBUS S.A.S., and AIRBUS SE,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/27/2021_

21 Civ. 3487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 9, 2021, the Court ordered Plaintiffs to file their Amended Complaint by July 19, 2021. That submission is now overdue. Accordingly, Plaintiffs shall file an Amended Complaint no later than **August 3, 2021**. By **September 9, 2021**, Defendants that have been properly served shall either respond or file a pre-motion letter for their anticipated motion to dismiss.

    SO ORDERED.

Dated: July 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge