```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/20/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMYSUE SALVATORE and MICHAEL F. SALVATORE,

                Plaintiffs,

-against-

AIRBUS AMERICAS, INC., AIRBUS AMERICAS ENGINEERING, INC., AVSA S.A.R.L., AIRBUS S.A.S., and AIRBUS SE,

                Defendants.

21 Civ. 3487 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated September 9 and 16, 2021. ECF Nos. 72, 73. Accordingly:

1. By **October 25, 2021**, Defendants shall file their motion to dismiss;
2. By **November 15, 2021**, Plaintiffs shall file their opposition papers; and
3. By **November 29, 2021**, Defendants shall submit their reply, if any.

    SO ORDERED.

Dated: September 20, 2021
       New York, New York

                                        ANALISA TORRES
                                United States District Judge