UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

AMYSUE SALVATORE and MICHAEL F. SALVATORE,

                      Plaintiffs,

        -against-

AIRBUS AMERICAS, INC. et al.,

                      Defendants.
------------------------------------------------------------------X

21-CV-03487 (KPF) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       In light of the mandate issued by the Second Circuit on September 14, 2022 (ECF No. 87), the parties are directed to submit a joint letter no later than **November 1, 2022,** providing the Court an update on the status of the case and proposed next steps.

       **SO ORDERED.**

DATED:    New York, New York
                 October 18, 2022

                                                  VALERIE FIGUEREDO
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2022